UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MINTABLE PTE. LTD., <br><br> Plaintiff, <br><br> v. <br><br> MINTOLOGY INC. and CINDY JIN, both in her individual capacity and as CEO of Mintology, Inc., <br><br> Defendants. | Case No.: 23-cv-8215 |

**CORPORATE DISCLOSURE STATEMENT**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Mintable Pte. Ltd. certifies that there exists no parent company or publicly held company owning more than ten percent (10%) of its stock.

DATED: September 18, 2023
      New York, New York

Respectfully submitted,

LEWIS BAACH KAUFMANN MIDDLEMISS PLLC

By:   */s/ Arthur D. Middlemiss*

Arthur D. Middlemiss
(Arthur.middlemiss@lbkmlaw.com)
Elizabeth M. Velez
(Elizabeth.velez@lbkmlaw.com)
Annika B. Conrad
(Annika.conrad@lbkmlaw.com)
The Chrysler Building, 64th Floor
405 Lexington Avenue
New York, NY 10174
Telephone: (212) 826-7001
Facsimile: (212) 826-7146