

Arthur D. Middlemiss
212 822 0129
arthur.middlemiss@lbkmlaw.com

September 19, 2023

**VIA ECF**
Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:    *Mintable Pte. Ltd. v. Mintology Inc. et al.,* **No. 23-cv-08215**

Dear Judge Liman:

    My firm represents Plaintiff Mintable Pte. Ltd. ("Mintable") in the above-referenced civil matter. We respectfully submit this letter-motion seeking leave to re-file Mintable's complaint in that matter, filed September 18, 2023 (ECF No. 1), in order to correct a filing error.

    During the case opening process, we inadvertently omitted the six exhibits to Mintable's complaint, which are referenced throughout the filed document. We now seek leave to re-file the same complaint, this time including the exhibits that we inadvertently omitted.

    To be clear, we do not seek leave to file an amended complaint, but rather leave to re-file the same complaint along with the six exhibits thereto.

    As we seek to rectify a purely clerical error, and as the Defendants have not been served with the case-initiating papers and have not yet appeared in this matter, we have not conferred with opposing parties as required by Rule 1-C of Your Honor's Individual Practices in Civil Cases.

                                      Respectfully submitted,

                                      Arthur D. Middlemiss

The Chrysler Building | 405 Lexington Avenue, 64th Floor | New York, NY 10174 | t 212 826 7001 | f 212 826 7146

NEW YORK   WASHINGTON   LONDON

lbkmlaw.com