UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MINTABLE PTE. LTD., <br><br> Plaintiff, <br><br> v. <br><br> MINTOLOGY INC. and CINDY JIN, both in her individual capacity and as CEO of Mintology Inc., <br><br> Defendants. | Case No.: 23-cv-08215 <br><br> **NOTICE OF APPEARANCE** |

To the Clerk of Court and all parties of record:

    I am admitted to practice in this Court, and I appear in this case as counsel for Plaintiff Mintable Pte. Ltd.

Dated: New York, New York
       September 25, 2023

                                        Respectfully submitted,

                                        */s/ Elizabeth M. Vélez*
                                        Elizabeth M. Vélez
                                        New York Bar No. 5282553
                                        LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
                                        The Chrysler Building
                                        405 Lexington Avenue, 64th Floor
                                        New York, New York 10174
                                        Tel: (646) 965-8830
                                        Fax: (212) 826-7146
                                        elizabeth.velez@lbkmlaw.com

                                        *Counsel for Plaintiff Mintable Pte. Ltd.*