UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

---

Mintable Pte. Ltd.

**Plaintiff**

Case No.: 1:23-cv-08215-LJL

*vs.*

Mintology Inc., et al.

**Defendant(s)**

---

## AFFIDAVIT OF SERVICE

I, Robert DeLacy, Jr., a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Corporate Disclosure Statement Pursuant to Federal Rule of Civil Procedure 7.1, Report on the Filing or Determination of an Action Regarding a Patent or Trademark, and Complaint with Exhibits in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 09/21/2023 at 10:58 AM, I served Mintology Inc. c/o LegalInc. Corporate Services Inc., Registered Agent with the Summons, Corporate Disclosure Statement Pursuant to Federal Rule of Civil Procedure 7.1, Report on the Filing or Determination of an Action Regarding a Patent or Trademark, and Complaint with Exhibits at 651 North Broad Street, Suite 201, Middletown, Delaware 19709 by serving Kaliyah Bayard, Agent, authorized to accept service on behalf of LegalInc. Corporate Services Inc.

Kaliyah Bayard is described herein as:

Gender: Female   Race/Skin: Black   Age: 45   Weight: 5'7"   Height: 190   Hair: Black   Glasses: No

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

9-25-23
Executed On

Robert DeLacy, Jr.

Client Ref Number: N/A
Job #: 1623940

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York ▼

| | |
|---|---|
| MINTABLE PTE. LTD. | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 23-cv-08215 |
| MINTOLOGY INC. and CINDY JIN, both in her individual capacity and as CEO of Mintology Inc. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    MINTOLOGY INC.
    Attn: Legalin Corporate Services Inc.
    651 N. Broad St. Suite 201
    Middletown, DE 19709

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    LEWIS BAACH KAUFMANN MIDDLEMISS pllc
    Attn: Arthur Middlemiss
    The Chrysler Building
    405 Lexington Ave, 64th Floor
    New York, NY 10174

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/19/2023

/s/ J. Gonzalez
*Signature of Clerk or Deputy Clerk*

