UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MINTABLE PTE. LTD.,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MINTOLOGY INC. and CINDY JIN, both in her individual capacity and as CEO of Mintology Inc.,<br><br>　　　　　　　　　　Defendants. | Case No.: 23-cv-08215<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of Court and all parties of record:

    I am admitted to practice in this Court, and I appear in this case as counsel for Plaintiff Mintable Pte. Ltd.

Dated: New York, New York
       October 11, 2023

                                            Respectfully submitted,

                                            */s/ Annika B. Conrad*
                                            Annika B. Conrad
                                            New York Bar No. 5898150
                                            LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
                                            The Chrysler Building
                                            405 Lexington Avenue, 64th Floor
                                            New York, New York 10174
                                            Tel: (212) 822-0163
                                            Fax: (212) 826-7146
                                            annika.conrad@lbkmlaw.com

                                            *Counsel for Plaintiff Mintable Pte. Ltd.*