UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MINTABLE PTE. LTD., <br><br> Plaintiff, <br><br> v. <br><br> MINTOLOGY INC. and CINDY JIN, both in her individual capacity and as CEO of Mintology, Inc., <br><br> Defendants. | Case No.: 23-cv-08215 |

**<u>DECLARATION IN SUPPORT OF REQUEST FOR CLERK'S ENTRY OF DEFAULT</u>**

I, ARTHUR D. MIDDLEMISS, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a member of the bar of this Court and a partner at the law firm Lewis Baach Kaufmann Middlemiss pllc. I represent the plaintiff, Mintable Pte. Ltd., in the above-captioned action.

2. Plaintiff filed the Complaint in the above-captioned action on September 20, 2023. *See* ECF No. 11.

3. Defendant Mintology Inc. was served with the Summons and Complaint via its registered agent, Legalinc Corporate Services Inc., on September 21, 2023. *See* ECF No. 14.

4. Under Federal Rule of Civil Procedure 12(1)(A), Defendant Mintology Inc.'s time for filing an answer or other response expired on October 12, 2023.

5. Defendant Mintology Inc. failed to answer or otherwise respond to Plaintiff's claims by the deadline.

6. Defendant Mintology Inc. has failed to contact Plaintiff or Plaintiff's counsel.

7. Defendant Mintology Inc. is not an infant or incompetent person. Defendant is a business entity and is therefore not on active duty in the U.S. Military.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 20, 2023
                New York, New York

Respectfully submitted,

LEWIS BAACH KAUFMANN
MIDDLEMISS PLLC

By:   /s/ Arthur D. Middlemiss

Arthur D. Middlemiss
The Chrysler Building
405 Lexington Avenue, 64th Floor
New York, NY 10174
Telephone: (212) 826-7001
Facsimile: (212) 826-7146
arthur.middlemiss@lbkmlaw.com