UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MINTABLE PTE. LTD.

                    **Plaintiff(s),**

                                      23 Civ. 08215 ( LJL )

        - against -

                                      **CLERK'S CERTIFICATE OF DEFAULT**

MINTOLOGY INC., et al.

                    **Defendant(s),**
-------------------------------------------------------------X

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on 9/18/2023 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Mintology Inc. by personally serving Legalinc Corporate Services Inc., its registered agent, and proof of service was therefore filed on 10/3/2023, Doc. #(s) 14.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

      October 23, 20 23

                                                        RUBY J. KRAJICK
                                                        Clerk of Court

                                                  By: *[signature]*
                                                        Deputy Clerk