## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MINTABLE PTE. LTD., | **Case No.: 23-cv-08215** |
| Plaintiff, | |
| v. | |
| MINTOLOGY INC. and CINDY JIN, both in her individual capacity and as CEO of Mintology, Inc., | |
| Defendants. | |

### NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT CINDY JIN WITHOUT PREJUDICE PURSUANT TO FED R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the plaintiff MINTABLE PTE. LTD. hereby gives notice that defendant Cindy Jin is dismissed from the above-captioned action without prejudice, with the parties to bear responsibility for their respective fees and costs.

DATED: December 18, 2023
      New York, New York

Respectfully submitted,

LEWIS BAACH KAUFMANN
MIDDLEMISS PLLC

By:  _/s/ Arthur D. Middlemiss__

Arthur D. Middlemiss
(Arthur.middlemiss@lbkmlaw.com)
Elizabeth M. Velez
(Elizabeth.velez@lbkmlaw.com)
Annika B. Conrad
(Annika.conrad@lbkmlaw.com)
10 Grand Central
155 East 44th Street, 25th Floor
New York, NY 10017
Telephone: (212) 826-7001
Facsimile: (212) 826-7146