```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/09/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
MINTABLE PTE LTD.,                                                :
                                                                  :
                         Plaintiff,                               :
                                                                  :           23-cv-8215 (LJL)
            -v-                                                   :
                                                                  :               ORDER
MINTOLOGY INC. and CINDY JIN, both in her                         :
individual capacity and as CEO of Mintology, Inc.,                :
                                                                  :
                         Defendants.                              :
                                                                  :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     The initial pretrial conference scheduled for April 9, 2024 is hereby CANCELLED. The Court shall hold a telephonic default judgment hearing on May 16, 2024 at 2:00 P.M. Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.

     Defendant Mintology Inc. shall have until April 30, 2024 to oppose or otherwise respond to Plaintiff's motion for default judgment. Plaintiff is directed to serve a copy of this Order on Defendant and to file a proof of service on the docket. *See* Hon. Lewis J. Liman, Individual Practices in Civil Cases, Attachment A.

     SO ORDERED.

Dated: April 9, 2024
       New York, New York
                                               LEWIS J. LIMAN
                                           United States District Judge